# J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GS HOLISTIC, LLC,

           Plaintiff,

     v.

G&M TOBACCO INC d/b/a SHERMAN SMOKE SHOP, GAITH SLIKA, and MATANOOS NASSAR,

           Defendants,

No.  2:24-cv-05154-JLS-AS

**JUDGMENT**

For the reasons stated in the separate Order granting Plaintiff GS Holistic, LLC's Motion for Default Judgment against Defendant G&M Tobacco INC. d/b/a Sherman Smoke Shop (Doc. 24), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of the Plaintiff against Defendant in the amount of $10,567.84 (comprising statutory damages in the amount of $9,000, attorneys fees in the amount of $1,100, prejudgment interest in the amount of $467.84, and eligible litigation Costs submitted by Plaintiff under Local Rule 54-3). Plaintiff is also entitled to post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date of the Judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DEGREED** that Defendant G&M Tobacco Inc, its agents, employees, officers, directors, owners, representative, successor companies, related companies and affiliates, and all persons acting in concert or participation with Defendant are **PERMANENTLY ENJOINED** from:

(a) The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing advertising or promotion of the counterfeit Stündenglass product identified in the Complaint and any other unauthorized Stündenglass product, counterfeit, copy or colorful imitation thereof.

2

1

IT IS SO ORDERED.

2

DATED:  March 28, 2025

3

4

_____

5

HON. JOSEPHINE L. STATON

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28